IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BARRY LYNN GIBSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-406 (MTT) |
| Deputy Warden MELBA CHANEY, et al., | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting both Defendants Chaney and Whittington's motion to dismiss (Doc. 43) and Defendants Mason and Larowe's motion to dismiss (Doc. 53) because Plaintiff Barry Gibson failed to exhaust available administrative remedies before commencing this action.  Doc. 62. Gibson has objected (Doc. 64), so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews de novo the portions of the Recommendation to which he objects, and the remaining portions for clear error.

Gibson's objection restates his arguments from his responses to the motions to dismiss.  Docs. 50; 55; 64.  He attaches grievance numbers 328937, 327363, and 325817, and an ADA accommodation request response he received on November 22, 2022.  Docs. 64-1; 64-2; 64-3; 64-4; 64-5.  First, grievance numbers 327363 and 325817 and Gibson's ADA accommodation requests are not relevant to this action. Next, grievance number 328937—the only grievance relevant here—did not satisfy exhaustion.  To satisfy exhaustion, the applicable grievance procedure requires an

-2-

inmate to (1) file an original grievance, and (2) file a Central Office Appeal. Doc. 43-2 at 17-24. Gibson never filed a Central Office Appeal regarding grievance number 328937. Finally, Gibson's argument that the grievance procedure was rendered unavailable was addressed by the Magistrate Judge: "[t]he applicable grievance procedure … plainly accommodates the possibility that prison officials might fail to respond to an original grievance, because the procedure authorizes the filing of a central office appeal after" the time for a decision has expired. Docs. 62 at 5; 64 at 5.

After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 62) is **ADOPTED** and made the Order of the Court. Accordingly, the Defendants' motions to dismiss (Docs. 43; 53) are **GRANTED**, and this action is **DISMISSED without prejudice**.

**SO ORDERED**, this 14th day of December, 2022.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT